UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SENOVIO ACUNA et. al., | ) | |
|                 Plaintiff, | ) | |
| vs. | ) | NO.   1:14-CV-07147 |
| RIZQ ENTERPRISES LLC et. al., | ) | |
|                 Defendants. | ) | HONORABLE ELAINE E. BUCKLO |

**MOTION FOR LEAVE TO FILE APPEARANCE
ON BEHALF OF RIZQ ENTERPRISES, LC AND MOHAMMAD KHAN**

Attorney, EDMUND P. WANDERLING requests leave of court to file his Appearance on behalf of Defendants Rizq Enterprises, LLC and Mohammad Khan, *instanter*.

WHEREFORE, EDMUND P. WANDERLING requests that this Court grant him leave to file his appearance on behalf of the Defendants, *instanter*.

                                                                Respectfully submitted,

                                                                By:  /s/Edmund P. Wanderling
                                                                Attorney for Judgment Debtor
                                                                Rizq Enterprises, LLC and Mohammad Khan

Edmund P. Wanderling
Attorney for Defendant
2505 S. Des Plaines Avenue
North Riverside, IL 60546
(708) 443-5400
law6447@aol.com
#6190282